UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

| Brion Rockwell, Plaintiff, vs. Chase Bank, Defendant | **No. C10-1602 RSL** STIPULATION AND ORDER<br><br>Note on Motion Calendar:<br>**Motion Noted: June 29, 2012** |
|---|---|

Due to an inadvertent error, Plaintiff's Motion for Class Certification (Docket No. 36) is noted for July 13, 2012. However, the motion should have been noted on the Court's calendar for the fifth Friday (July 6, 2012) according to the Court's Minute Order (Docket No. 31). In order to avoid confusion, Plaintiff requests that the Motion for Class Certification be noted for July 13, 2012. Counsel for Defendant does not oppose.

IT IS SO ORDERED.

Dated this 3rd day of July, 2012.

*/s/ Robert S. Lasnik*

Honorable Robert S. Lasnik